**UNITED STATES DISTRICT COURT     EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 1:02-CR-175-4-MAC |
| | § § | |
| KOCATATIE THOMPSON | § § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the

Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for

consideration pursuant to applicable laws and orders of this court.  The court has received and

considered the Report of the United States Magistrate Judge filed pursuant to such order, along

with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn

recommended:

1.    that the court find that the Defendant violated the first allegation in the petition that he
       failed to follow a mandatory condition of release;

2.    that the Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583;
       and

3.    the Defendant should be sentenced to a term of 5 months' imprisonment, with two years
       of supervised release to follow to be served at the Federal Correctional Institution in
       Beaumont, if the Bureau of Prisons can accommodate such request.  The court adopts the
       magistrate judge's findings for the imposition of the special conditions of supervised
       release.

Neither party has filed objections to Judge Hawthorn's Report and Recommendation.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and

the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Kocatatie Thompson's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

 SIGNED at Beaumont, Texas, this 12th day of April, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE